257 So.2d 368

In re Kenneth L. ADAMS

v.

STATE.

Ex parte Kenneth L. Adams.

7 Div. 915.

Supreme Court of Alabama.

Jan. 20, 1972.

Woodrow Albea, Anniston, for petitioner.

William J. Baxley, Atty. Gen., and Robert E. Morrow, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Kenneth L. Adams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Adams v. State, 47 Ala.App. 506, 257 So.2d 366.

Writ denied.

LAWSON, HARWOOD, MADDOX and McCALL, JJ., concur.